(INND Rev. 1/21)                                                                                                                 page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]



-FILED-
DEC 29 2022
At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Bernard K Rollero
_____,
[You are the PLAINTIFF, print your full name on this line.]

v.

WRB Industries and
Indiana Civil Rights Commission
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number   1:22CV482
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | RE: Michael C Lostuter, Indiana Civil Rights Commission, 100 N Senate Ave Rm N 300, Indianapolis IN 46204 | Indianapolis Indiana 46204 100 N Senate Ave Rm N 300 |
| 2 | [names of any other defendants] C/O Jodi Barnes | 3925 Ardmore Ave Fort Wayne, IN 46802 |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing?  2

2. What is your address?  8202 Fountainhead Dr Fort Wayne Indiana 46835

3. What is your telephone number: (260) 740-6957

4. Have you ever sued anyone for these exact same claims?
   ☒ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

    **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

    **DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I was terminated by Web Industries on November 9, 2021 and was not told why. I spoke with RD (CRD) and he stated he was told for insubordination. I told Ed I did not commit insubordination for I never spoke to a member of management nor was given an order I refused. The company acted within the realm of Retaliation for I asked to speak to RD and was going to tell him of the events which happen there. I was called in before the shift ended and was terminated. I was asked to help on another shift but when I wanted to go back to my shift all hell broke loose

2. I filed with ICRC in February 2022 about being terminated for Insubordination and Retaliation. I had not heard from Tammy (Rep for Icrc) for about a month or so when she said her boss was looking at it. I recieved a no fault finding on Discrimination around August 02, 2022. I appealed for that was not what I filed and recieved a same conclusion on September 18, 2022

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

ICRC is in "dereliction of Duty" for ignoring the facts before them and obstruction of "Due process" for hindering an investigation

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?
  ☒ No.
  ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

To be compensated the lost wages and medical bills by WDB

To be compensated for neglect by Indiana Civil Rights Commission

FILING FEE – Are you paying the filing fee?
  ○ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]
  ☒ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[Initial Each Statement]
  _____ I will keep a copy of this complaint for my records.
  _____ I will promptly notify the court of any change of address.
  _____ I declare **under penalty of perjury** that the statements in this complaint are true.

_____                               Dec 24, 2022
Signature                                                                                     Date

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]